UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 23 2018   ★

LONG ISLAND OFFICE

---------------------------------------------------

PASCUALA SALDANA ASIATICO,
individually and on behalf of others similarly
situated,

Plaintiff,

-against-

AURORA CLEANING INC., d/b/a MERRY
MAIDS and DEYANIRA HAVERLY,

Defendants.

---------------------------------------------------

Case No. 17-CV-4557

### STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, Pascuala Saldana Asiatico, and Defendants, Aurora Cleaning, Inc., d/b/a Merry Maids and Deyanira Haverly, through their respective undersigned counsel, that the above-captioned action should be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

FRANK & ASSOCIATES, P.C.
*ATTORNEYS FOR PLAINTIFF*
500 Bi-County Blvd, Suite 465
Farmingdale, NY 11735
(631) 756-0400

By: _____
Joseph Myers, Esq.
Dated: February 23, 2018

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 250
Melville, NY 11747
(631) 247-0404

By: _____
Timothy Domanick, Esq.
Dated: February 23, 2018

The parties' settlement agreement, as modified by ECF No. 20, is
SO ORDERED on this 23rd day of _May_, 2018, approved as fair
and reasonable.

/s/ ( JMA )
Joan M. Azrack U.S.D.J.

4837-2838-4862, v. 1

The Clerk of Court is directed to close the case.